■ Leo J. Gangl, Respondent, v. Harry L. Graham, Appellant.— Order reversed, on the law and the facts, on the ground that the answer filed herein was timely (CPLR 2103, subd. [b], par. 2), without costs. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.